**Dismiss and Opinion Filed December 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00679-CV**
_____

**KALUNDA COWTHORN, Appellant**
**V.**
**1303 MAIN GARDENS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01394-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Justice Molberg

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellant's brief to be filed by October 27, 2022. On October 31, 2022, we notified appellant the time for filing appellant's brief had expired and directed appellant to file the brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Ken Molberg/
220679f.p05
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

KALUNDA COWTHORN,
Appellant

No. 05-22-00679-CV          V.

1303 MAIN GARDENS, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-01394-E.
Opinion delivered by Justice Molberg. Chief Justice Burns and Justice Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 13th day of December, 2022.